UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:07-cr-00097-SEB-DML |
| ) | |
| ANTHONY DAVIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Anthony Davis' supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twenty (20) months with no supervised release to follow. Ten (10) months of the sentence imposed on the violation shall be served concurrently to the sentence imposed under Cause No. 15-cr-0156-TWP-MJD-1 and ten (10) months of the sentenced imposed on the violation shall be served consecutively to the sentence imposed under Cause No. 15-cr-0156-TWP-MJD-1.

SO ORDERED.

Date:  10/17/2016

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service